IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION



FILED
AUG 12 2025
CLERK U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:25-MJ-52 |
| | ) (Misdemeanor) |
| KHALIL R. UNDERWOOD | ) VA 19 |
| | ) |
| | ) Court Date: September 8, 2025 |
| | ) Time: 8:30 a.m. |

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)  Ticket No. E1248929

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 24, 2025 at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, KHALIL R. UNDERWOOD did unlawfully assault AARON A. JOHNSON, by hitting the said AARON A. JOHNSON in the face with a closed fist. (In violation of Title 18 United States Code, Section 113(a)(4).

ERIK S. SIEBERT
UNITED STATES ATTORNEY

By: _____
GREGORY M. GOUJON
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-9115
Gregory.m.goujon.mil@army.mil

## CERTIFICATE OF SERVICE

I certify that on __12 Aug__, 2025, I served a true copy of the foregoing CRIMINAL INFORMATION on the defendant Khalil R. Underwood.

*[signature]*
GREGORY M. GOUJON
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, Virginia 23604